**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: James J. Aquilino	CHAPTER 13
				Debtor(s)

BKY. NO. 24-10920 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
24 Apr 2024, 11:25:50, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322