Export to the selected format ▼  Export

ProSoft Paystub Reprint                                          Generated: 05-30-2024 | 07:56:56 AM

**Marple Newtown School District**

SSN XXX-XX-7620 Name: JAMES AQUILINO Dept: OMAIN Loc: 149 Emp # 3785

Check #: D0929787

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Hourly 80.000 @ $32.57 | $2,605.60 | $24,451.93 | FIT (M) | $43.13 | $573.11 |
| Overtime | | $684.05 | Medicare | $36.35 | $412.97 |
| PTO | | $4,429.52 | Social Security | $155.43 | $1,765.77 |
| | | | State Tax - PA | $76.34 | $867.50 |
| Taxable Insurance | $20.17 | $221.87 | PA Unemployment Comp | $1.82 | $20.68 |
| | | | NEWTOWN LOCAL SERV TAX | $2.00 | $22.00 |
| | | | PSERS-V TG 6.25% | $162.85 | $1,847.83 |
| | | | **DDN Deposit (CK)** | **$1,937.16** | **$21,905.02** |
| | | | 10/40 Prescriptions | $11.54 | $126.94 |
| | | | DENTAL | $2.19 | $24.09 |
| | | | PC 20/30/70 | $105.14 | $1,156.54 |
| | | | VOYA-P TG 2.75% | $71.65 | $813.05 |
| | | | MNNIEA DUES | | $30.00 |

Total Gross $2,605.60   $29,565.50
Deduction(excl direct deposit) $668.44   $7,660.48
Net Pay $1,937.16   $21,905.02

Sick: 14.5   Vacation: 11   Personal: 3   Conditional: 0
Unofficial leave balances as of 5/24/24

CHECK DATE: 5/24/2024          AMOUNT: $0.00

---

D0929787

Direct Deposit Amount $ 1,937.16                              5/24/2024

JAMES AQUILINO                     V O I D         Marple Newtown School District
411 ELDON DRIVE                                                38 Media Line Road
BROOMALL PA 19008                                                     Suite 210
                                                       Newtown Square, PA 19073
                                                         Phone: (610)359-4209

ProSoft Paystub Reprint                                          Generated: 05-30-2024 | 07:56:56 AM