UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Bankruptcy No.: 24-10920 - AMC
JAMES J. AQUILINO
 :

Debtor : Chapter: 13

CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, certify that on September 18, 2024, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. Amended Chapter 13 Plan

2. Certification of Service

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 9/18/24

Robert H. Holber, Esquire
Attorney ID: 51962
LAW OFFICE OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, Pa 19063
(P) 610-565-5463
Rholber@holber.com

**Mailing List Exhibit:**

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via: ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐Other:


KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
Via: ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐Other:

James J. Aquilino (Debtor)
411 Eldon Drive
Broomall, PA 19008
Via: ☐CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☒Other: Email

All Secured and Priority Creditors
Via: ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐Other: