# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James J. Aquilino<br>  Debtor(s)<br><br>Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee, its successors and/or assigns<br>  Movant<br>  vs.<br><br>James J. Aquilino<br>  Debtor(s)<br><br>Kenneth E. West<br>  Trustee | CHAPTER 13<br><br>NO. 24-10920 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee, which was filed with the Court on or about May 16, 2024.

Dated: December 18, 2024

Respectfully submitted,

/s/ Denise Carlon
Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
dcarlon@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>**James J. Aquilino**<br><br>                              **Debtor(s)**<br><br>**Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee**<br>                              **Movant**<br>        **vs.**<br><br>**James J. Aquilino**<br><br>                              **Debtor(s)**<br><br>**Kenneth E. West**<br>                              **Trustee** | **BK NO. 24-10920 AMC**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I, Denise Carlon, certify that on 12/18/2024, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 12/18/2024

                                                    **/s/ Denise Carlon**
                                                    Denise Carlon, Esquire
                                                    Attorney I.D. 317226
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106
                                                    201-549-2363
                                                    bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| James J. Aquilino<br>411 Eldon Drive<br>Broomall, PA 19008 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Robert H. Holber Esq.<br>41 East Front Street<br>Media, PA 19063 | Attorney for Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Trustee | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |