United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10920-amc |
| James J. Aquilino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2024 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James J. Aquilino, 411 Eldon Drive, Broomall, PA 19008-4139 |
| 14866120 | + | Christine L. Graham, Esquire, MCCABE, WEISBERG & CONWAY, LLC, 1420 Walnut Street Ste. 1501, Philadelphia, PA 19102-4015 |
| 14866124 | + | Elizon Master Participation Trust 1, U.S. Bank Trust National Association, 323 fifth Street, Eureka, CA 95501-0305 |
| 14878243 | + | Elizon Master Participation Trust I,, U.S. Bank Trust National Association, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14866126 | + | Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063-2911 |
| 14910205 | + | Township of Marple, C/O James R. Wood, 2700 Horizon Dr. Ste. 100, King of Prussia, PA 19406-2726 |
| 14909899 | + | Township of Marple, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14909898 | + | Township of Marple, c/o James J. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 14866130 | + | Viriva Cu, 1423 Spruce Street, Philadelphia, PA 19102-4503 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14866117 | + | Email/Text: bankruptcy@rentacenter.com | Dec 21 2024 00:21:00 | AcceptanceNOW, Attn: Bankruptcy 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14866118 | + | Email/Text: jvalencia@amhfcu.org | Dec 21 2024 00:21:00 | American Heritage Federal Credit Union, Attn: Bankruptcy 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14871340 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2024 00:26:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14866121 | | Email/Text: cfcbackoffice@contfinco.com | Dec 21 2024 00:20:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14866119 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2024 00:26:24 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14875790 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2024 00:26:10 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14866122 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 21 2024 00:21:00 | Credit Collection Services, Dept. 9134, Two Wells Avenue, Newton, MA 02459-3225 |
| 14866123 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2024 00:26:01 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14866125 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2024 00:20:00 | Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114 |
| 14890609 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2024 00:25:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14866127 | | Email/Text: ml-ebn@missionlane.com | Dec 21 2024 00:20:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14866128 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 21 2024 00:20:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: 155 | Total Noticed: 23 |

| 14878648 | | Email/Text: bknotices@snsc.com | | | |
|---|---|---|---|---|---|
| | | | Dec 21 2024 00:21:00 | SN Servicing Corp., 323 5th Street, Eureka, CA 95501 | |
| 14866129 | + | Email/Text: bknotices@snsc.com | | | |
| | | | Dec 21 2024 00:21:00 | Sn Servicing Corporati, 323 5th St, Eureka, CA 95501-0305 | |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Marple jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| ROBERT H. HOLBER | on behalf of Debtor James J. Aquilino rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   James J. Aquilino | ) | Case No. 24−10920−amc |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 19, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court