United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-10920-djb

James J. Aquilino                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 03, 2025 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James J. Aquilino, 411 Eldon Drive, Broomall, PA 19008-4139 |
| 14866120 | + | Christine L. Graham, Esquire, MCCABE, WEISBERG & CONWAY, LLC, 1420 Walnut Street Ste. 1501, Philadelphia, PA 19102-4015 |
| 14866124 | + | Elizon Master Participation Trust 1, U.S. Bank Trust National Association, 323 fifth Street, Eureka, CA 95501-0305 |
| 14878243 | + | Elizon Master Participation Trust I., U.S. Bank Trust National Association, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14866126 | + | Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063-2911 |
| 14910205 | + | Township of Marple, C/O James R. Wood, 2700 Horizon Dr. Ste. 100, King of Prussia, PA 19406-2726 |
| 14909899 | + | Township of Marple, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14909898 | + | Township of Marple, c/o James J. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 14866130 | + | Viriva Cu, 1423 Spruce Street, Philadelphia, PA 19102-4503 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 04 2025 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2025 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14866117 | + | Email/Text: bankruptcy@rentacenter.com | Oct 04 2025 00:10:00 | AcceptanceNOW, Attn: Bankruptcy 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14866118 | + | Email/Text: jvalencia@amhfcu.org | Oct 04 2025 00:10:00 | American Heritage Federal Credit Union, Attn: Bankruptcy 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14871340 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2025 00:16:34 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14866121 | | Email/Text: cfcbackoffice@contfinco.com | Oct 04 2025 00:10:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14866119 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2025 00:17:45 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14875790 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 04 2025 00:28:04 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14866122 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 04 2025 00:10:00 | Credit Collection Services, Dept. 9134, Two Wells Avenue, Newton, MA 02459-3225 |
| 14866123 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2025 00:17:19 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14866125 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 04 2025 00:10:00 | Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114 |
| 14890609 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 03, 2025 | Form ID: pdf900 | Total Noticed: 25

| | | Oct 04 2025 00:16:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 14866127 | Email/Text: ml-ebn@missionlane.com | | |
| | | Oct 04 2025 00:10:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14866128 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 04 2025 00:10:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 14878648 | Email/Text: bknotices@snsc.com | | |
| | | Oct 04 2025 00:10:00 | SN Servicing Corp., 323 5th Street, Eureka, CA 95501 |
| 14866129 | + Email/Text: bknotices@snsc.com | | |
| | | Oct 04 2025 00:10:00 | Sn Servicing Corporati, 323 5th St, Eureka, CA 95501-0305 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Township of Marple, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Marple jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| ROBERT H. HOLBER | on behalf of Debtor James J. Aquilino rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                      Chapter 13
    JAMES J. AQUILINO

    Bankruptcy No. 24-10920-DJB

            Debtor

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: October 3, 2025**